UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZIPLINK, INC., <br><br> Plaintiff, <br><br> v. <br><br> EARTHLINK, INC., <br><br> Defendant. | Civil Action No. 3:12-cv-01552-WGY |

## JOINT CASE MANAGEMENT SCHEDULE

Pursuant to this Court's Order of October 22, 2013 [Dkt. 23], Plaintiff, Ziplink, Inc. ("Ziplink") and Defendant, EarthLink, Inc. ("EarthLink), through their respective counsel, jointly submit this revised case management schedule.

**Case Management Schedule**

| EVENT | DATE |
|---|---|
| Parties exchange Initial Rule 26(a) Disclosures | 7/17/2013 |
| Plaintiff's Preliminary Infringement Contentions | 7/31/2013 |
| Plaintiff's Supplemental Infringement Contentions incorporating citations to Defendant's source code | 12/13/2013 |
| Defendant's Preliminary Invalidity Contentions | 1/13/2014 |
| Parties exchange list of claim terms for construction | 1/20/2014 |
| Parties exchange proposed claim constructions and extrinsic evidence | 2/7/2014 |
| Parties meet and confer regarding claim construction | 2/14/2014 |
| Deadline for amending pleadings and adding parties | 3/1/2014 |
| Parties file opening claim construction briefs | 3/7/2014 |
| Parties file responsive claim construction briefs | 3/21/2014 |
| Parties file Joint Claim Construction Statement | 4/4/2014 |

| | |
|---|---|
| Claim Construction Hearing | To be scheduled by the Court |
| Completion of fact discovery (including depositions) | 5/16/2014 |
| Parties serve Expert Reports on issues for which they bear the burden of proof; plaintiffs bear the burden on secondary considerations of nonobviousness | 6/6/2014 |
| Parties serve Responding Expert Reports | 6/27/2014 |
| Completion of expert discovery | 7/18/2014 |
| Deadline for filing Dispositive Motions | 8/1/2014 |
| Oppositions to Dispositive Motions | 21 days after filing of subject dispositive motion per L.R. 7 |
| Reply briefs in support of Dispositive Motions | 14 days after filing of subject opposition brief per L.R. 7 |
| Parties file pre-trial documents, including:<br>• Joint pre-trial memorandum<br>• Joint pre-trial exhibit and witness lists<br>• Proposed jury instructions<br>• Proposed voir-dire<br>• Motions in limine | 10/10/2014 |
| Oppositions to motions in limine | 10/24/2014 |
| Trial Ready Date | 10/31/2014 |

Respectfully submitted this _____ day of November 2013.

| | |
|---|---|
| By: /s/ Andrew C. Ryan<br>    Steven M. Coyle, Esq. (ct21039)<br>    Andrew C. Ryan, Esq. (ct21565)<br>    **Cantor Colburn LLP**<br>    20 Church Street, 22nd Floor<br>    Hartford, CT 06103<br>    Phone: 860-286-2929<br>    Fax: 860-286-0115<br>    Email: scoyle@cantorcolburn.com<br>           ryan@cantorcolburn.com | By: /s/ Patricia R. Rich<br>    Patricia R. Rich, Esq. (CT 24953)<br>    **Duane Morris, LLP**<br>    100 High Street, Suite 2400<br>    Boston, MA 02110<br>    Phone: 857-488-4290<br>    Fax: 857-401-3049<br>    Email: prich@duanemorris.com<br><br>    Matthew C. Gaudet, Esq.<br>    Jennifer H. Forte, Esq.<br>    **Duane Morris, LLP**<br>    1075 Peachtree Street<br>    Suite 2000<br>    Atlanta, GA 30309-3929<br>    Phone: 404-253-6900<br>    Fax: 404-253-6901<br>    Email: mcgaudet@duanemorris.com<br>           jhforte@duanemorris.com |
| **ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT** | **ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF** |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Andrew C. Ryan
                                                Andrew C. Ryan, Esq.